IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FLYING BAR D RANCH LTD., TINA KASIKI, ERNIE KASIKI, and TRIOAK BAR D, LLC, | § § § § | |
| Plaintiffs, | § § | Cause No. 5:24-cv-981-OLG |
| v. | § § | |
| GUADALUPE COUNTY, COUNTY JUDGE KYLE KUTSCHER, COUNTY COMMISSIONER GREG SEIDENBERGER, COUNTY COMMISSIONER DREW ENGELKE, and COUNTY COMMISSIONER STEPHEN GERMANN, | § § § § § § § | |
| Defendants. | § | |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Plaintiffs Flying Bar D Ranch Ltd., Tina Kasiki, Ernie Kasiki, and TriOak Bar D, LLC (collectively, "Flying Bar D Ranch"), and Defendants Guadalupe County, County Judge Kyle Kutscher, County Commissioner Greg Seidenberger, County Commissioner Drew Engelke, and County Commissioner Stephen Germann (collectively, the "County") in the above-captioned and numbered case, file this Joint Alternative Dispute Resolution Report in compliance with Local Rule CV-88(b) and the Court's Scheduling Order.

1.   Flying Bar D Ranch and the County (collectively, the "Parties") believe that mediation is appropriate in this case and could be beneficial following a ruling on the dispositive motions. The Parties will schedule a mediation in advance of the trial date.

2.   The Parties' respective counsel of record, along with their properly authorized representatives, will have responsibility for the settlement negotiations. The authorized

representative for the Plaintiffs responsible for settlement negotiations will be Joel Hale, or his designee, along with Plaintiffs' counsel Art Anderson. The authorized representative for the County responsible for settlement negotiations will be such member as designated by the Commissioner Court, along with the Defendants' counsel, Eric Magee.

3. Pursuant to the Court's Scheduling Order, Plaintiffs have submitted a written offer of settlement to the County. The parties will promptly notice the Court if the case is resolved.

Date: June 30, 2025                                    Respectfully submitted,

By: */s/ James G. Ruiz*
    Arthur J. Anderson    SBN: 01165957
    aanderson@winstead.com
    James G. Ruiz    SBN: 17385860
    jruiz@winstead.com
    WINSTEAD PC
    500 Winstead Building
    2728 N. Harwood Street
    Dallas, Texas 75201
    (214) 745-5745 – Phone
    (214) 745-5390 – Fax

**ATTORNEYS FOR PLAINTIFFS**

and

By: */s/ J. Eric Magee*
    J. Eric Magee    SBN: 24007585
    e.magee@allison-bass.com
    ALLISON, BASS & MAGEE, L.L.P.
    1301 Nueces St., Suite 201
    Austin, Texas 78701
    (512) 482-0701- telephone
    (512) 480-0902- facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

  By signature below, I certify that a true and correct copy of this Joint ADR Report has been served by electronic service on all counsel for record on this 30th day of June, 2025:

          /s/ *James G. Ruiz*
          James G. Ruiz